# United States District Court
## Southern District of Georgia

Alejandra Cruz

_____
Plaintiff

v.

Burlington Coat Factory Warehouse Corp., et al.

_____
Defendant

Case No. 4:22-cv-00167-WTM-CLR

Appearing on behalf of
TRU 2005 RE I, LLC
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26th day of August, 2022.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Christopher S. Lee

**Business Address:** Fields Howell LLP
Firm/Business Name

665 8th Street
Street Address

Atlanta | GA | 30318
Street Address (con't) | City | State | Zip

Same as above.
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404.889.2686 | 621342
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** clee@fieldshowell.com